UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cliff Robinson,

                    Plaintiff,

          -against-

Commissioner of Social Security,

                    Defendant.

26-cv-4187 (AS)

ORDER DENYING IFP
APPLICATION

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff has applied to proceed without prepayment of fees, but he has failed to answer several questions on the relevant form. So plaintiff's application, Dkt. 2, is DENIED WITHOUT PREJUDICE. Plaintiff shall file any updated application by **May 29, 2026**. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 2.

SO ORDERED.

Dated:   May 20, 2026.
         New York, New York

_____
  ARUN SUBRAMANIAN
United States District Judge