UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFF ROBINSON,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

26 CIVIL 04187 (SDA)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated November 16, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings Upon remand, the Commissioner will offer the plaintiff the opportunity for a hearing and issue a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York
November 18, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**